COURT OF APPEALS
Third District
P.O. Box 12547
Austin, Texas. 78711-2547

DATE: 4-16-15

DEAR CLERK,

I'M WRITING IN REGARD TO MY MANDATE IN COURT OF Appeals ~~No. 03-12-0466~~ NO. 03-12-00466-CR AND TRIAL Court No. D-1-DC-10-302548. I WOULD LIKE TO A HAVE CERTIFIED COPY OF it HOW MUCH WILL it COST FOR it? Hope to HEAR FROM YOU REAL SOON.

CC:/FILE

RECEIVED
APR 2 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RESPECTFULLY,
Lester Guy #097393

Lester Guy # 797393
Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

AMARILLO TX 790
17 APR 2015 PM 2 L

To: The Hon. Jeffrey D. Kyle, Clerk
Court of Appeals, Third District of Texas
P.O. Box 12547
Austin, Tx. 78711-2547

78711©2547